# COURTROOM MINUTES OF CRIMINAL PROCEEDINGS

## NORFOLK/NEWPORT NEWS DIVISION

**GUILTY PLEA MINUTES**

| | |
|---|---|
| Time Set: 3:00 p.m. | Date: April 19, 2016 |
| Started: 3:00 p.m. | Presiding Judge: Mark S. Davis |
| Ended: 3:35 p.m. | Court Reporter: Paul McManus |
| | U.S. Attorney: Elizabeth Yusi |
| | Defense Counsel: A. Carroll/S. Pfeiffer |
| | Courtroom Deputy: Val Ward |
| | Probation Officer: |
| | Interpreter: |

Cr. No. 2:15cr163

Defendants: William Thomas Duncan, Jr.   (✓) in custody   ( ) on bond

- **X** Defendant requested to withdraw plea of not guilty to Count(s) **4, 5** and enter a plea of guilty to said Count(s).
- ✓ Defendant sworn.           ✓ Interpreter sworn.
- ✓ Court fully advised defendant re proceedings and his/~~her~~ rights.
- ✓ Defendant acknowledged he/~~she~~ understood.
- ✓ Court explained charge and maximum penalty.
- ✓ Court inquired re: plea offers.
- ✓ Plea agreement reviewed and filed.
- ✓ Court inquired re vol. of plea.
- ✓ Court inquired re threats or promises.
- ✓ Court explained to defendant that by pleading guilty he/~~she~~ waived jury trial.
- ✓ Defendant satisfied with services of counsel.
- ✓ Continued for pre-sentence report.
- ✓ Court explained to defendant that by pleading guilty he/~~she~~ waived his/~~her~~ right of appeal, pursuant to plea agreement.
- ✓ Statement of facts filed.
- ✓ Plea of guilty to Count(s) **4, 5** accepted by Court.
- ✓ Court (✓)finds ( ) withhold acceptance of plea agreement and withhold finding defendant guilty as charged in Count(s) **4, 5**.
- ✓ Unsigned copy of Sentencing Procedure Order furnished to defendant.
- ✓ Sentencing Procedure Order, entered and filed in open court.
- ✓ Set for disposition **7/29/16 @ 10:00 a.m.**   (✓)Norfolk   ( ) Newport News
- ✓ Defendant remanded to custody of Marshal.
- ___ Defendant continued on present bond. Court cautioned re bail jumping.