# Wolcott | Rivers | Gates
## ATTORNEYS AT LAW

REGINA F. AMICK
W. BRANTLEY BASNIGHT, III
DAVID M. BASTIAANS
RICHARD E. BIEMILLER
STEVEN L. BROWN
ADAM M. CARROLL
BARRY DORANS
CARL A. EASON
CHESHIRE I'ANSON EVELEIGH
JOHN F. FABER, JR.
RONALD M. GATES
AMEET I. HABIB
DANIELLE N. JARVIS
DOUGLAS E. KAHLE
KYLE D. KORTE

200 Bendix Road, Suite 300
Virginia Beach, Virginia 23452
Telephone (757) 497-6633
Fax (757) 497-7267
www.wolcottriversgates.com

DIANA LYN C. MCGRAW
SAMUEL W. MEEKINS, JR.
MARK V. PASCUCCI
M. POWELL PETERS
STEPHEN P. PFEIFFER
ANTHONY F. RADD
DAVID N. REDA
CARTWRIGHT R. REILLY
GLEN M. ROBERTSON
C. ARTHUR ROBINSON, II
JOHN F. SAWYER
CULLEN D. SPECKHART
LESLIE R. WATSON
MARSHALL A. WINSLOW, JR.
EDWARD W. WOLCOTT, JR.

July 12, 2016

VIA ELECTRONIC FILING
The Honorable Mark S. Davis
United States District Court
Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510

    Re:    **United States of America v. William Thomas Duncan, Jr.**
              **Criminal No.: 2:15cr163**

Dear Judge Davis:

    Tomorrow by hand delivery, counsel for the Defendant, William Thomas Duncan, Jr. will submit forty-eight (48) character reference letters to chambers for your review. I ask the Court to take into consideration for Mr. Duncan's sentencing presently scheduled for August 18, 2016. For the Court's convenience, I will enclose an index of the letters by name of the writer and relationship to Mr. Duncan. Mr. Duncan's written position with respect to sentencing factors is due on August 12, 2016; however, in light of the number of people who wrote in support of Mr. Duncan we thought it best to produce these letters well in advance to allow for more review time.

Adam M. Carroll, Esquire
acarroll@wolriv.com



Thank you for your assistance with this matter. Should you have any questions, please do not hesitate to contact me.

Kind regards,

Adam M. Carroll

AMC/rjb
Enclosures
cc: Mr. William Thomas Duncan
 Susan A. Hushour, U.S. Probation Officer
 Elizabeth M. Yusi, Esquire

L:\Document Directory\D\Duncan, William\Federal Charges\Correspondence\2016.07.11.JudgeDavis.ltr.docx