*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
Norfolk DIVISION

**Wednesday, December 6, 2017**

**MINUTES OF PROCEEDINGS IN** Open Court
**PRESENT: THE HONORABLE** Mark S. Davis, U.S. District Judge
Courtroom Deputy Clerk: Valerie A. Ward
Law Clerk: Matthew Carr
Reporter: Paul McManus, OCR

| Set: 10:00 a.m. | Started: 10:10 a.m. | Ended: 10:40 a.m. |
|---|---|---|

| Case No. 2:15cr163 |
|---|
| United States of America |
| v. |
| William Thomas Duncan, Jr. |
| |
| Elizabeth Yusi, present on behalf of the Government. |
| Candice Yost, probation officer present. |
| Adam Carroll, present on behalf of the Defendant. |
| Defendant present. |
| Matter came on for a hearing re: guidelines of [96] no contact with minors order. |
| Comments of the Court. |
| Argument of counsel heard re: agreement as to how to proceed. |
| Court gave counsel certain direction regarding any future hearings/depositions held in NC case. |
| Court adjourned. |